■ JEFFERY BURNS, Respondent, v LECESSE CONSTRUCTION SERVICES LLC et al., Appellants., et al., Defendant. PRO CARPET, INC., Third-Party Plaintiff-Appellant, v JEFFERY W. BURNS, Doing Business as BURNS FLOORING, Third-Party Defendant-Respondent. (Appeal No. 2.) [11 NYS3d 490]—Appeals from an order of the Supreme Court, Monroe County (J. Scott Odorisi, J.), entered May 30, 2014. The order, insofar as appealed from, adhered to the prior order denying that part of the motion of defendant Dukes Property Development, LLC, and that part of the cross motion of defendant U.S. Ceiling Corp., seeking summary judgment dismissing the Labor Law § 241 (6) claim against them.

It is hereby ordered that said appeals by defendants Lecesse Construction Services LLC, The Mills High Falls Housing Development Fund Company, Inc. and Urban League of Rochester, NY, Inc. and defendant-third-party plaintiff Pro Carpet, Inc. are unanimously dismissed without costs, and the order insofar as appealed from is reversed on the law without costs, those parts of the motion of defendant Dukes Property Development, LLC and the cross motion of defendant U.S. Ceiling Corp. with respect to the Labor Law § 241 (6) claim are granted, and that claim is dismissed against them.

Same memorandum as in *Burns v Lecesse Constr. Servs. LLC* ([appeal No. 1] 130 AD3d 1429 [2015]). Present—Scudder, P.J., Centra, Peradotto, Lindley and Whalen, JJ.